Filed
APR 25 2023
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION
1 Page Scanned by SM

*Email 10:09 am*

# Margaret Rizzo

1700 Blue Lake Circle, Punta Gorda, FL 33983
Phone: 239-529-7892  email: meghan@meghanrizzo.com

Honorable Judge Caryl E. Delano
Middle District of Florida Bankruptcy Court
801 N. Florida Ave., Suite 555
Tampa, FL 33602-3899

Re: Case No. 2:21-bk-00086-FMD

Dear Judge Caryl E. Delano,

I am writing this letter in reference to the bankruptcy case number 2:21-bk-00086-FMD. This case was filed in error and without merit. I am requesting that this case be removed from the court's records, as it is causing me undue hardship.

I would also like to bring to your attention that I was never informed of the opportunity for redaction. It is possible that the pandemic was in full swing at the time, I contracted the virus and was hospitalized during this time, and communication was not at its best. If I had known about the option of redaction or had been given the opportunity, I would have requested a redaction to remove the documentation that was filed in the first place. I kindly request that the court considers this in my case.

The filing was in error as it was only an inquiry I made with my attorney, and not a request for a new filing. A chapter 7 bankruptcy under my name and social security number was discharged only one year prior, and the attorney I talked to knew that I would not be able to file a chapter 13 case. Moreover, there were no creditors, no assets, and the inquiry was just a question, not a formal request to file a chapter 13 case.

I am seeking the removal of this bankruptcy case as it was a mistake and should never have been filed. It holds no merit, as there were no creditors, and no assets. I am not seeking to re-open my previous chapter 7 bankruptcy case nor to file for bankruptcy again. This filing has caused me undue stress and hardship, and I am kindly requesting the court's assistance in removing this error.

Thank you for your attention to this matter, and I appreciate your assistance in resolving this issue. Please feel free to contact me for any additional information.

Respectfully,

*[signature]*

Margaret Rizzo